IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICHOLAS SCHAFER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:25-cv-3566 |
| | § | |
| CLOUDBEES, INC. | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT CLOUDBEES, INC.'S NOTICE OF REMOVAL

Defendant CloudBees, Inc. ("CloudBees") files this Notice of Removal pursuant to 28 U.S.C. § 1332(a)(1), 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446(b) to remove the state court action described below to the United States District Court for the Northern District of Texas, Dallas Division, and respectfully submits as follows:

### I.
### GROUNDS FOR REMOVAL

**A.   Introduction**

1. This Notice of Removal is based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1441(b). Under 28 U.S.C. §1446(a), venue of the removed action is proper in this Court as it is the district embracing the place where the State Court Action is pending.

2. CloudBees is the Defendant in the cause styled as *Nicholas Schafer v. CloudBees Inc.*, originally pending as Cause No. DC-25-21153 in the 68th Judicial District, Dallas County, Texas  (hereinafter referred to as the "State Court Action").

**B.   Removal is Timely Pursuant to 28 U.S.C. § 1446(b)(1)**

3. The State Court Action was filed on November 7, 2025.  CloudBees was served with Plaintiff's Original Petition on December 3, 2025.  *See* Appendix to Defendant CloudBees,

Inc.'s Notice of Removal, which is being filed concurrently with this Notice, and is incorporated within this Notice as if fully set forth herein, APPX 024.

4. This notice is timely filed within thirty (30) days of CloudBees' receipt of first notice that this Court has jurisdiction over the subject matter of this case as required by 28 U.S.C. §1446(b), and within one (1) year of the commencement of the lawsuit.

**C.    There is Complete Diversity Between the Properly Joined Parties**

5. Plaintiff Nicholas Schafer is, and was at the time of filing suit, a citizen of the State of Texas.

6. Under the diversity statute, corporations "shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and the State or foreign state where it has its principal place of business..." 28 U.S.C. § 1332(c)(1).

7. Defendant CloudBees, Inc. is a Delaware corporation with its principal place of business at Faubourg de l'Hôpital 18 CH-2000 Neuchâtel Switzerland. CloudBees is not a citizen of the state of Texas.

8. Consequently, the district courts of the United States have original jurisdiction over this action based on completely diversity of citizenship amongst and between the parties, in that Plaintiff Schafer, on the one hand, and Defendant CloudBees, on the other hand, are now, and were at the time this action commenced, diverse in citizenship from each other.

**D.    The Amount in Controversy Exceeds the Federal Jurisdictional Minimum**

9. The amount in controversy in the State Court Action is in excess of $75,000.00, exclusive of interests and costs. More specifically, Plaintiff's Petition claims that Plaintiff is seeking monetary relief of over $250,000 but not more than $1,000,000. Plaintiff's Original Petition, APPX 001. Accordingly, the State Court Action is within the original jurisdiction of this

Court pursuant to 28 U.S.C. §1332, as it is a civil action wholly between citizens of different states, and the amount in controversy is in excess of the Court's jurisdictional minimum for diversity cases.

## II.
## NOTICE TO STATE COURT

10.  A copy of this Notice of Removal is being filed with the District Clerk of Dallas County, Texas, and is being served upon all parties, in accordance with 28 U.S.C. § 1446(d).

## III.
## STATE COURT FILINGS

11.  In accordance with 28 U.S.C. Section 1446(a) and the Local Civil Rules of the Northern District of Texas, copies of all executed processes, pleadings and orders, as well as the docket sheet, and an index of all pleadings relating to the Action and previously filed with the 68th Judicial District, Dallas County, Texas are enclosed in the attached Appendix for the Court's reference, which includes the following:

   a.   Plaintiff's Original Petition dated November 7, 2025 (APPX 001-020);

   b.   Citation issued on November 12, 2025 (APPX 021-022);

   c.   Citation returned executed on December 3, 2025 (APPX 023-025), and

   d.   A copy of the State Court Docket Sheet (APPX 026).

## IV.
## JURY DEMAND

12.  CloudBees, Inc. hereby requests trial by jury on all issues and claims in this cause.

## V.
## PRAYER

WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant CloudBees, Inc. removes this cause from the 68th Judicial District Court of Dallas County to the United States

District Court for the Northern District of Texas, Dallas Division, and respectfully requests that this Court assume full jurisdiction over the cause herein as provided by law.

December 31, 2025                              Respectfully submitted,

                                                              WELMAKER LAW, PLLC

                                                              /s/  *Douglas B. Welmaker*
                                                              **Douglas B. Welmaker**
                                                              State Bar No. 00788641
                                                              Welmaker Law, PLLC
                                                              505 Magrill St.
                                                              Longview, Texas 75601
                                                              Phone: (512) 799-2048
                                                              Email: doug@welmakerlaw.com

                                                              **ATTORNEY FOR DEFENDANT CLOUDBEES INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing <u>Defendant CloudBees Inc.'s Notice of Removal</u> has been electronically served on all counsel of record below via Notice of Electronic Filing on a known Filing User through the CM/ECF system on December 31, 2025 and as set forth below.

Bruce C. Kaye
Heritage One
4835 LBJ Expressway, Suite 470
Dallas, Texas 75201
Bruce@brucekaye.com

                                                              /s/ *Douglas B. Welmaker*
                                                              **DOUGLAS B. WELMAKER**