IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NICHOLAS SCHAFER,** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | **CIVIL ACTION NO. 3:25-cv-3566** |
| **CLOUDBEES, INC.** | § § § | |
| **Defendant.** | § § | |

**DEFENDANT CLOUDBEES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant CloudBees, Inc. submits the following corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure stating as follows:

1. Defendant CloudBees, Inc. is a Delaware corporation with its principal place of business at Faubourg de l'Hôpital 18 CH-2000 Neuchâtel Switzerland.

2. There is no parent corporation or publicly held corporation that owns 10% or more of the stock of CloudBees, Inc.

3. The only parties financially interested in the outcome of the case are CloudBees, Inc. and its investors.

December 31, 2025                    Respectfully submitted,


                                     WELMAKER LAW, PLLC


                                     /s/ *Douglas B. Welmaker*
                                     **Douglas B. Welmaker**
                                     State Bar No. 00788641
                                     Welmaker Law, PLLC
                                     505 Magrill St.
                                     Longview, Texas 75601
                                     Phone: (512) 799-2048
                                     Email: doug@welmakerlaw.com

                                     **ATTORNEY FOR DEFENDANT
                                     CLOUDBEES INC.**


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing CloudBees Inc.'s Disclosure Statement has been electronically served on all counsel of record below via Notice of Electronic Filing on a known Filing User through the CM/ECF system on December 31, 2025 and via email as set forth below.

Bruce C. Kaye
Heritage One
4835 LBJ Expressway, Suite 470
Dallas, Texas 75201
Bruce@brucekaye.com


                                     /s/ *Douglas B. Welmaker*
                                     **DOUGLAS B. WELMAKER**

2