IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NICHOLAS SCHAFER,** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | CIVIL ACTION NO. 3:25-cv-3566-X |
| **CLOUDBEES, INC.** | § § § | |
| **Defendant.** | § | |

## DEFENDANT CLOUDBEES, INC.'S MOTION TO DISMISS

NOW COMES Defendant CloudBees, Inc. ("CloudBees"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6) and Northern District Local Rule 7.1, hereby submits this Motion to Dismiss Plaintiff's Original Petition (the "Complaint") filed by Nicholas Schafer ("Schafer" or "Plaintiff") for failure to state a claim against CloudBees.

Schafer's Complaint, consisting of seven alleged causes of action,[1] fails to state any legally cognizable causes of action against CloudBees and should be dismissed in its entirety under FRCP 12(b)(6).

The factual and legal grounds upon which CloudBees relies are contained in the Brief in Support of CloudBees Inc.'s Motion to Dismiss, filed concurrently with this Motion.

WHEREFORE, for the reasons stated in the Brief in Support, CloudBees respectfully requests that the Court dismiss all claims in Plaintiff's Complaint with prejudice and that the Court award such other and further relief as may be just and proper.

---

[1] Schafer's Complaint seeks to recover for the following alleged causes of action: (1) Breach of Contract; (2) Detrimental Reliance; (3) Fraudulent Inducement; (4) Conversion; (5) Theft; (6) Wrongful Termination; and (7) Constructive Termination.

| | |
|---|---|
| January 6, 2026 | Respectfully submitted,<br><br>WELMAKER LAW, PLLC<br><br>/s/ Douglas B. Welmaker<br>**Douglas B. Welmaker**<br>State Bar No. 00788641<br>Welmaker Law, PLLC<br>505 Magrill St.<br>Longview, Texas 75601<br>Phone: (512) 799-2048<br>Email: doug@welmakerlaw.com<br><br>ATTORNEY FOR DEFENDANT<br>CLOUDBEES INC. |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Dismiss has been electronically served on all counsel of record below via Notice of Electronic Filing on a known Filing User through the CM/ECF system on January 6, 2026, and as set forth below:

Via email: Bruce@brucekaye.com

Bruce C. Kaye
Heritage One
4835 LBJ Expressway, Suite 470
Dallas, Texas 75201


/s/ *Douglas B. Welmaker*
**DOUGLAS B. WELMAKER**