IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NICHOLAS SCHAFER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:25-cv-3566-X |
| | § | |
| **CLOUDBEES, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT CLOUDBEES, INC.'S RENEWED MOTION TO DISMISS

NOW COMES Defendant CloudBees, Inc. ("CloudBees"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6) and Northern District Local Rule 7.1, hereby submits this Renewed Motion to Dismiss Plaintiff's Amended Complaint (the "Complaint") filed by Nicholas Schafer ("Schafer" or "Plaintiff") for failure to state a claim against CloudBees.

Schafer's Amended Complaint, consisting of three alleged causes of action (Breach of Contract, Promissory Estoppel, and Fraudulent Inducement), fails to state any legally cognizable causes of action against CloudBees and should be dismissed in its entirety under FRCP 12(b)(6).

The factual and legal grounds upon which CloudBees relies are contained in the Brief in Support of CloudBees, Inc.'s Motion to Dismiss, filed contemporaneously with this Motion.

WHEREFORE, for the reasons stated in the Brief in Support, CloudBees respectfully requests that the Court dismiss all claims in Plaintiff's Amended Complaint with prejudice and that the Court award such other and further relief as may be just and proper.

February 10, 2026                                        Respectfully submitted,

                                                                   WELMAKER LAW, PLLC

                                                                   /s/ Douglas B. Welmaker
                                                                   **Douglas B. Welmaker**
                                                                   State Bar No. 00788641
                                                                   Welmaker Law, PLLC
                                                                   505 Magrill St.
                                                                   Longview, Texas 75601
                                                                   Phone: (512) 799-2048
                                                                   Email: doug@welmakerlaw.com

                                                                   ATTORNEY FOR DEFENDANT
                                                                   CLOUDBEES INC.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Renewed Motion to Dismiss has been electronically served on all counsel of record below via Notice of Electronic Filing on a known Filing User through the CM/ECF system on February 10, 2026, and as set forth below.

Bruce C. Kaye
Heritage One
4835 LBJ Expressway, Suite 470
Dallas, Texas 75201
Bruce@brucekaye.com

                                                                   */s/ Douglas B. Welmaker*
                                                                   **DOUGLAS B. WELMAKER**