## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **NICHOLAS SCHAFER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CA NO. 3:25-cv-3566-X** |
| | § | |
| **CLOUDBEES, INC.** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT CLOUDBEES, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

NOW COMES Defendant CloudBees, Inc. ("CloudBees"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6) and Northern District Local Rule 7.1, hereby submits this Motion to Dismiss Plaintiff's Second Amended Complaint (the "Complaint") filed by Nicholas Schafer ("Schafer" or "Plaintiff") for failure to state a claim against CloudBees.

Schafer's Second Amended Complaint, consisting of three alleged causes of action (Breach of Contract, Promissory Estoppel, and Fraudulent Inducement), fails to state any legally cognizable causes of action against CloudBees and should be dismissed in its entirety under FRCP 12(b)(6).

The factual and legal grounds upon which CloudBees relies are contained in the Brief in Support of CloudBees, Inc.'s Motion to Dismiss, filed contemporaneously with this Motion.

WHEREFORE, for the reasons stated in the Brief in Support, CloudBees respectfully requests that the Court dismiss all claims in Plaintiff's Second Amended Complaint with prejudice and that the Court award such other and further relief as may be just and proper.

1

June 17, 2026

Respectfully submitted,

WELMAKER LAW, PLLC

/s/ Douglas B. Welmaker
**Douglas B. Welmaker**
State Bar No. 00788641
Welmaker Law, PLLC
505 Magrill St.
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

ATTORNEY FOR DEFENDANT
CLOUDBEES INC.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Dismiss has been electronically served on all counsel of record below via Notice of Electronic Filing on a known Filing User through the CM/ECF system on June 17, 2026, and as set forth below.

Bruce C. Kaye
Heritage One
4835 LBJ Expressway, Suite 470
Dallas, Texas 75201
Bruce@brucekaye.com

/s/ *Douglas B. Welmaker*
**DOUGLAS B. WELMAKER**