# EXHIBIT "A"

DocuSign Envelope ID: 59AFFFFA-43DB-41F4-99C9-F5B32693B37E

CloudBees.

# CloudBees FY24 Sales Incentive Compensation Policy

This Sales Incentive Compensation Policy ("Policy") is entered into by and between the Participant and CloudBees, Inc. ("Company") together with the CloudBees Sales Incentive Compensation Plan ("Plan"), which comprises the Participant's Compensation Package. The Compensation Package can only be modified or terminated as set forth in the Policy. Capitalized terms are defined in the Policy and the Plan.

## 1. Introduction

CloudBees has established this Sales Incentive Compensation Policy to outline the terms and conditions. The Policy and the Plan reward the performance of eligible employees in support of the Company's strategy and goals.

## 2. Compensation Package

Participants' Compensation Package includes Base Pay and Incentive Compensation.

a. Base Pay

Participant's annualized base salary, excluding the value of benefits or Incentive Compensation. This can be found in the Participant's Offer Letter and within Human Resources documents.

b. Incentive Compensation

Compensation in excess of Base Pay that a Participant is eligible to earn, based on meeting sales quotas (or simply "quota"), management business objectives, and/or Company goals. Incentive Compensation may include (but is not limited to) the following: sales commissions, recoverable or non-recoverable draw(s), advance(s), achievement bonus(es), or discretionary incentive compensation as determined by Company senior management.

Incentive Compensation is sometimes referred to as Variable Compensation or Commission. Incentive Compensation is not limited to Variable Compensation as described in the Participant's Offer Letter.

Each Participant will receive a separate Sales Incentive Compensation Plan that specifies the criteria by which that Participant will earn sales Variable Compensation. Such criteria may include a Participant's role, sales assignment (which may include the applicable sales regions, sales sub-region, sales district, sales sub-district, sales territory and/or specific assigned accounts), goals, quota, sales targets and other matters.

DocuSign Envelope ID: 59AFFFFA-43DB-41F4-99C9-F5B32693B37E

CloudBees.

This policy and the applicable Plan are referred to collectively as the Participant's Compensation Package, which forms the exclusive terms and conditions of the Company's sales incentive compensation program and obligations with respect to the Participant.

## 3. Eligibility

This Policy will run concurrently with CloudBees Incentive Compensation Plan for the plan year as stated in the Incentive Compensation Plan. The plan year is the same as the Company's current fiscal year (which begins on February 1 and ends on January 31). A Participant may participate in less than the complete fiscal year, as stated in the Plan and Section 3(c) below.

a. New Hires

If a Participant begins working in an eligible role after the FY24 Plan Year has started, the Participant will be paid as described in Participant's employment offer letter, transfer letter, or employment agreement (whichever is later), until a Compensation Package is established and accepted. Participants who join into the Plan after the fiscal year has begun will have the terms of the Plan prorated to the hire date unless the Participants falls under the Minimum Time Under Policy. See Section 3(c) below.

b. Transfer

If Participant transfers within the Sales Organization to a new sales role (as defined in the Participant's Plan) or transfers from a non-eligible role to an eligible role, the Participant will receive a new Plan, with an effective date on or about the first day of the month following the transfer and prorated for the remaining fiscal year. The date of transfer will be the date established in CloudBees' Human Resources organization records. For information regarding performance and variable pay adjustments for individuals changing roles, responsibilities, territory and/or accounts, please refer to Section 9 below.

c. Minimum Time Under Policy

For Participants who are hired or transferred into an eligible role during the Plan year, at least three full calendar months must remain in the Plan Year for the Participant to be assigned a Plan. If three full calendar months do not remain in the Plan Year, the Participant will be paid a portion of the target Variable Amount as described in the employment offer letter, transfer letter or employment agreement (whichever is later), or as otherwise established by CloudBees, prorated for the time that the Participant is actively employed in the eligible role during the remainder of the Plan Year.

d. President's Club

CloudBees may sponsor an annual incentive trip ("President's Club") for top-performing Participants. To be eligible for consideration, a Participant must:

i. have been in an active Quota-carrying role with the Company for at least nine months during the Plan Year,
ii. must have received and timely accepted the Compensation Package, must be an employee in good standing at the time of the event, and
iii. must be willing and able to attend the trip.

Criteria for eligible employees and managers will be based upon specified levels of attainment against Quota, varying by role. See Plan for levels of attainment against Quota. Criteria for sales support roles will be based upon nomination; the number of employees in sales support roles will be determined based on the ratio of sales reps to support roles and within the approved budget. In all cases, the CEO will have complete discretion over the incentive trip, including whether an annual incentive trip will take place, who may attend, and any exceptions. Participants who are unable to make the trip for any reason will not receive any payments in lieu of the trip, except if required by applicable law.

The value of the incentive trip will be reported on the Participant's annual salary certificate and, for U.S. employees, on their Form W-2.

## 4. Elements of a Plan

The Company will determine the amount and nature of each Participant's Incentive Compensation, quota, pay rates, accelerators, payment timing, performance expectations, and related matters, all of which will be reflected in and will constitute such Participant's Plan. A Participant will be eligible for commissions as the Participant attains Quota Credit, and other Incentive Compensation, calculated as provided below and in each Participant's Plan.

## 5. Earning Incentive Compensation

Although Incentive Compensation may be paid earlier (by an Advance or Draw), Commissions will be earned only if, and when, (i) the Company has shipped the licensed software keys, (ii) a legally binding agreement exists between the Company and the customer meeting the requirements described in Addendum 1, (iii) the Company has invoiced the customer for all software and/or services, and (iv) the customer has paid all associated invoices in full. Commission Conditions and "above the line" adjustments to Commission calculations are detailed below in Section 7.

CloudBees.

## 6. Payment Timing for Incentive Compensation

Please refer to the Plan Payment Timing for the current Plan Year. The Company may give advance Incentive Compensation based on the satisfactory completion of all requirements in the Participant's accepted Compensation Package or employment agreement (whichever is signed or accepted later), minus any Incentive Liability and applicable deductions and withholdings, on the last day of the month that the Incentive Compensation was calculated based on Bookings attained in the previous month. That date may vary, depending on circumstances and as permitted by applicable law.

> For example, Incentive Compensation based on Bookings in January would be Advanced on the last day of February, as permitted by applicable law. Incentive Compensation may be advanced but is not earned until all of the requirements of Section 5 are satisfactorily met.

The Company will pay one hundred percent (100%) of the Incentive Compensation for Professional Services upon invoice date and amount.

The Company has the right to withhold Advances if the Advance may result in an Incentive Liability for the Participant.

## 7. Commission Conditions and Adjustments

### Windfall Sale

A Windfall Sale (also known as a Bluebird Sale) occurs when a single account sale meets or exceeds 30% of the Participant's annual Quota. The sales compensation committee will determine the appropriate incentive treatment of Windfall Sales, in its sole discretion, taking into account the Participant's role in the sales process. The sales compensation committee will review such "Windfall" or "Bluebird" sales to determine the appropriate incentive treatment. In addition to the definition set forth above, "Windfall" or "Bluebird" sales include one or more sales in a single account that makes a buying decision with only minimal involvement by the sales employee in the sales process. Additionally, CloudBees reserves the right to exercise its sole discretion in structuring commission payouts on large payments that may impact the company's cash flow. In the case of non-typical structures (e.g., multi-year, non-prepaid, ramping opportunities), the company has the discretion to adapt the commission payments to the cash flows associated with the payment structure of the deal.

### Incentive Liability

a. <u>Incentive Liability and Repayment</u>

The Participant acknowledges that from time to time situations may arise in which the Participant is Advanced or paid more Incentive Compensation than the

Participant has earned or is eligible to receive Incentive Liability. The Participant agrees to promptly repay to CloudBees the full amount of the Incentive Liability; to do so, the Incentive Liability will be carried forward as a debt to CloudBees into the next month, quarter, and across plan years, as applicable, and will be offset against future Incentive Compensation to the maximum extent permissible by applicable law. The Participant agrees and authorizes the Company to deduct the amount of the Incentive Liability from the Participant's future Incentive Compensation payments and from other forms of compensation. Alternatively, the Company may require the Participant to repay the gross amount of the Incentive Liability in one payment to the Company.

b. De-Booking

Each de-Booking will be treated as an Incentive Liability and a negative Quota Credit to the Participant in the month that the De-Booking occurs. The negative Quota Credit will be calculated based on the affected Participant's Plan and at the Performance Tier in effect at the time that the Incentive Liability and negative Quota Credit is applied.

c. Examples

Examples of a Participant Incentive Liability include, but are not limited to, the following:

i. a customer order is booked, Incentive Compensation is Advanced, and the customer subsequently cancels its subscription and/or cancels the service contract,
ii. a Participant is incorrectly credited for a Booking,
iii. a Commission is miscalculated,
iv. a Participant received credit for a greater percentage of, or was otherwise Advanced or paid more for a Booking, than was eligible to receive or ultimately was earned,
v. the Company de-books a sale,
vi. recoverable Draws or other Advances, and/or
vii. a customer fails to pay pursuant to payment terms as specified in the agreement (such events may be subject to "de-Booking," as described above).

## Incentive Compensation Adjustments

If the Company changes a Participant's role, responsibilities, territory and/or accounts during the Plan Year, the changes may trigger a change in that Participant's Plan.

a. Change in Role

A Participant who changes roles as defined in the Plan but remains within the Company's sales organization will be compensated on separate Incentive

Compensation Plans for each role. In the original role, Incentive Compensation will still be calculated on the original Plan. In the new role, a new Incentive Compensation Plan will be issued to the Participant, applicable for the time spent by the Participant in the new role, and Quota will be prorated for the time period that the Participant is actively employed in the new role.

b. Change in Sales Assignment and/or Accounts

A Participant who remains in the same sales role as defined in the Plan, but has his/her sales assignment (which may include the applicable sales region, sales sub-region, sales district, sales sub-district and specific assigned accounts) increased or decreased, may receive a revised Quota for the updated sales assignment, as described in an updated Plan. New Pay Rates will be determined based on the revised Quota, and will apply only to Bookings on the new sales assignment when the new sales assignment becomes effective.

c. Open Sales Assignment(s) or Territory

If there is no Participant responsible for all or part of a sales assignment or territory, the open sales assignment or territory may be assigned as determined by the Company in its sole discretion. Open sales assignment or territory may arise for a number of reasons, including, but not limited to, the following:

1) the former Participant terminated employment or is on a leave of absence,
2) the Company has not yet assigned a Participant to the sales assignment or territory,
3) the Company decides to split, reallocate, restructure or adjust sales assignment or territory based on geography, customers, industry size or another basis, or to assure that a customer is satisfied and successful with the Company software and/or services.

A Participant who is assigned all or part of an open sales assignment or territory will be compensated at their below-quota rates or another assigned set of rates, as communicated by the Chief Revenue Officer, in writing, and sales into the open territory will not relieve their assigned quotas

d. Merit Increase

If a Participant receives a merit increase or promotion with a resulting increase in their Target Variable Amount, that Participant's plan rates will be recalculated and any increase will take effect on the effective date in the CloudBees HR system of record.

e. Interim Managers

Managers may be required to temporarily cover additional Sales Territories and Sales Teams on an interim basis. For deals closed during this interim period, Managers may receive standard commission credit at the discretion of Sales

Operations Management and Sales Managers at their base rate only. These deals do not retire against the combined quota and do not qualify for accelerator purposes. Commission credit is to be paid in the form of Sales Program Incentive Funds ("SPIFFs") (a one-time discretionary bonus).

f. New Products or Services

When the Company introduces new products and/or services, CloudBees will determine how such products and/or services will be licensed or sold. If a Participant will be eligible to earn Incentive Compensation on the license or sale of such new product(s) and/or service(s), it will be communicated by the Chief Revenue Officer in writing.

g. Holdover Accounts

A Participant may remain in the sales organization, but change roles as defined in the Plan or responsibility for accounts, and assistance may be needed to help close a sales opportunity that arose during his prior role, or from an account that the Participant was previously responsible for (a "Holdover Account"). At the discretion of the CloudBees Chief Revenue Officer, that Participant may remain eligible to earn partial Commission Credit on Bookings resulting from the Holdover Account, provided that the Participant will work with the new Participant who is assuming responsibility for that account for no more than three (3) months. If a transaction is Booked as a result of an order from the Holdover Account during that three-month time period, the Participant previously responsible for the Holdover Account would be eligible to receive Commission Credit and Quota Credit and any resulting Commission would be based on the terms of the Participant's Plan in effect at the time of the Booking from the Holdover Account. Below is a recommended allocation between the two Salespeople for the Commission Credit:

| | Booked in Month 1 | Booked in Month 2 | Booked in Month 3 |
|---|---|---|---|
| Prior Rep | 100% | 75% | 25% |
| New Rep | 0% | 25% | 75% |

Holdovers for renewals are to be split 50/50 from a compensation and quota perspective (for holdover renewals closed in Q1). Only renewed ARR is taken into consideration. The new account owner manages the renewal and holds the account.

h. Customer Mergers and Acquisitions

Sales Operations with the collaboration of Finance are responsible for reviewing the impact of any customer changes such as mergers, acquisitions, subsidiary

changes, or other corporate changes, to determine if changes in sales assignment, Quota, or any other matter is needed for any Participant(s). Any change in Quota, sales assignment and/or assigned customers will be provided to impacted Participant(s) in an updated Plan. The participant is responsible for notifying Sales Operations of customer account changes, including whether any such changes require any changes to SalesForce.

## 8. Leave of Absence and Suspensions

a. Leave of Absence

A Participant who is legally required or has Company-approved leave of absence (except for vacation ) will receive Commissions earned prior to the start of the leave; those Commissions will be paid pursuant to the Plan terms. A Participant's eligibility to earn Incentive Compensation during a leave of absence (except for vacation) will be determined based on applicable laws and Company policies in the Participant's place of work. Unless otherwise required by law, a Participant on a leave of absence (except for vacation) will not be eligible to receive Quota or Commission Credit for Bookings that occur with the sales assignment during the leave of absence. The Participant will be eligible to receive Quota and/or Commission Credit based on Bookings that occur with the Participant's territory upon return to work. The quota will be prorated for any statutory leaves of absence longer than 30 calendar days in the Plan Year, or as required by applicable law. The Company may, but is not required to, prorate the Participant's Quota during non-statutory leaves of absence.

i. If the Participant begins a leave of absence prior to accepting a Compensation Package for any reason (including escalation) for the Plan Year, the Participant shall not earn Incentive Compensation during a leave of absence, unless otherwise required by applicable law. When the Participant returns to work and has accepted the Compensation Package, the Participant will be paid Incentive Compensation as described in the Compensation Package.

ii. If a Participant signed the Compensation Package prior to the start of the leave of absence, the Participant will be eligible to attain Quota Credit on eligible Bookings up to and including the last business day before the leave of absence began.

iii. If a Participant returns to work and the leave of absence ends any time after the first day of a month, the Participant will be paid the Target Variable Amount established by the Company, prorated for the time the Participant was actively employed during that month. The Participant will resume participating in the Plan effective in the first complete calendar month after returning to work. If two complete calendar months do not remain in the current fiscal year at the time the Participant returns to work, then the Participant will be eligible for their Target Variable Amount established by

the Company, prorated based on the period of active employment for the remainder of the Plan Year.

b. Suspension

A Participant who is suspended for any reason will receive Commission earned prior to the start of the suspension, prorated for the time the Participant was actively employed during that month. Unless otherwise required by law or determined by the Company in its sole discretion and in very limited circumstances, a Participant who is suspended will not be eligible to attain any Incentive Compensation for Bookings that occur in Plan during the suspension period. If the Participant returns to active employment in the same role held prior to the suspension, the Participant will resume participating in the Plan effective in the first complete calendar month after return to work. If two complete calendar months do not remain in the current fiscal year at the time the Participant returns to work, then the Participant will be eligible for Target Variable Amount established by the Company, prorated based on the period of active employment for the remainder of the Plan Year.

## 9. Termination of Employment

Upon termination of employment for any reason, a Participant will be paid all Incentive Compensation that was earned and unpaid as of the termination date, provided that the Participant has complied with applicable laws, Company policies, and his/her Compensation Package, and has signed the Company's then-current "Compliance Certification." Pursuant to Section 3(b) herein, and except where prohibited by applicable law, if the customer has not paid by, or has returned the product or canceled the contract before the time of termination, no Incentive Compensation will be earned or paid. No Advances or Draws will be paid upon or after termination. Earned Incentive Compensation will generally be paid as soon as reasonably calculable, and no later than the last day of the next month following the date of termination, or such other date as required by applicable law. The Company reserves the right to amend or adjust the Incentive Compensation amount at the termination date.

a. Termination Before Participant Accepts and Returns Signed Compensation Package

If a Participant's employment terminates for any reason before the Participant has returned his/her signed Compensation Package, then the following will occur:

i. If the termination occurs while the Participant is receiving a Draw, then upon termination, the Participant will earn his/her annual Target Variable Amount established by the Company, prorated for the time that the Participant was actively employed in the role (as defined in the Plan). This

amount will be offset by what the Participant already received in Draw payments, and will receive any balance.

ii. If the termination occurs in any other situation not described above, Sales Operations Management will determine the amount of any Incentive Compensation that will be payable.

b. Incentive Liability

If at the time of termination there is an Incentive Liability owed to the Company, the Company will deduct the balance from the Participant's final pay (including Base Pay, Incentive Compensation, and other amounts due at termination), to the maximum extent allowed by applicable law. If the deduction from the final payments is insufficient to cover the Incentive Liability and upon demand by the Company, the Participant will promptly repay the remaining balance to the Company. If the Participant fails to repay the remaining balance, Participant agrees to pay the Company's reasonable attorneys' fees and costs incurred in recovering the Incentive Liability from the Participant to the maximum extent permitted by applicable law.

c. Termination Before Customer Payment(s) Received

If a Participant's employment terminates for any reason before all customer payment(s) have been received by the Company for a particular Booking, then if and as permitted by applicable law, the Participant shall not earn, and will not receive, Incentive Compensation for each portion of the Booking that remains unpaid.

d. Bonuses

A Participant must be employed through and including the last day of the fiscal quarter or Plan Year, as applicable, to be eligible to receive a quarterly or annual achievement bonus, if and as applicable, and as permitted by applicable law.

e. Death

If a Participant dies while actively employed and covered by a Plan, the Participant will continue to earn Quota Credit on transactions that are Booked in accordance with the Plan, for up to thirty (30) calendar days after the date of death or the end of the Plan Year, whichever occurs first, and Commissions will be paid to the Participant's beneficiary or estate. Such Commissions may be split with other Participants, as determined by the Company.

f. No Inclusion in Notice or Severance Pay Calculations

Unless otherwise required by applicable law, payments under this Policy shall not be included in any calculation of any payment in lieu of notice, severance pay, termination, indemnity or any other type of pay or benefit.

## 10. Confidential and Proprietary Information

a. Confidential and Proprietary Information

The Compensation Package is confidential and shall not be disclosed to any party outside of CloudBees, except where allowed by applicable law. Even within the Company, each Participant should use good judgment and exercise his/her own discretion when sharing any information about his/her Plan(s) with any other employee. As a condition of participating in the Plan, each Participant must sign and comply with the Company's Employee Invention Assignment and Confidentiality Agreement.

b. Duty of Loyalty

During Participant's employment, Participant agrees not to promote the business, products or services of any other company or organization in competition with the Company.

## 11. Addendum; Revocation; Notice; Agreement

a. Addendum

A Participant's Compensation Package shall be subject to those additional terms and conditions, if any, for the country where the Participant is employed, as set forth in this Policy. If a Participant relocates to one of the approved HR countries (after having received approval from the Department, Finance, and HR), the additional terms and conditions for such country will apply to the Participant's Compensation Package as of the effective employment commencement date in such country.

b. Changes; Revocation; Notice

The Company reserves the right, in its sole discretion, to modify, replace, discontinue, extend, supersede or revoke the Compensation Package, in whole or in part, at any time, with or without notice, to the maximum extent permitted by applicable law. This includes, but is not limited to, changes to sales assignment, accounts, goals, Quota, territory, target incentive amounts and other matters addressed in a Compensation Package and/or any Plan. Any such changes or revocation will not affect a Participant's Incentive Compensation that was paid prior to the effective date of the modification or revocation. Notice of Plan modification or revocation will be provided to Participant in writing and delivered electronically, by facsimile transmission, personal delivery, US or international mail where applicable, or overnight courier.

CloudBees.

c. General

(i) Participants Outside the US: For Participants located outside the US, the Policy and Plan shall be interpreted and governed exclusively by the laws of Switzerland without regard to conflicts of laws provisions thereof. All disputes arising out of or in connection with this Policy and Plan shall be finally settled under the Rules of Arbitration of the International Chamber of Commerce ("ICC") by a single arbitrator appointed in accordance with said Rules. The Emergency Arbitrator Provisions shall not apply. The arbitration shall be conducted in Zurich, Switzerland. The arbitration shall be conducted in English. Notwithstanding the above, the parties may agree at any time to submit the dispute to nonbinding mediation in accordance with the ICC Rules of Mediation.

(ii) US Participants: For Participants based in the United States, the Policy and Plan shall be interpreted and governed exclusively by Delaware law. Any controversy or claim arising out of or relating to this Policy and Plan shall be determined by final and binding arbitration administered by JAMS under its Employment Arbitration Rules and Procedures ("Rules"). The award rendered by the arbitrator shall be final, non-reviewable, non-appealable, and binding on the parties and may be entered and enforced in any court having jurisdiction. There shall be one arbitrator agreed to by the parties within twenty (20) days of receipt by respondent of the request for arbitration or in default thereof appointed by the JAMS in accordance with its Rules. The place of arbitration shall be Richmond, Virginia.

(iii) Except as may be required by law, neither a party nor the arbitrator may disclose the existence, content or results of any arbitration without the prior written consent of both parties, unless to protect or pursue a legal right. The Compensation Package constitutes the complete and exclusive understanding and agreement of the parties with regard to Incentive Compensation and supersedes all prior sales incentive compensation pay or variable pay policies and plans, understandings, and agreements, whether written or oral, with respect to the subject matter. In the event that there is any conflict between the terms of this Policy and the terms of a Plan, the terms of the Policy will prevail. In the event that any provision in the Compensation Package is found to be illegal or unenforceable under applicable law, then that provision shall be deemed amended to narrow its application to the extent necessary to make the provision enforceable, and enforced as amended. If that provision remains illegal or unenforceable, then that provision shall be deemed stricken from the Compensation Package, and all other provisions of the Compensation Package shall remain in full force and effect. Any reference to a particular title (such as the Chief Revenue Officer) includes any successor or individual acting in that capacity. The headings provided in the Compensation Package are provided for convenience only and do not affect the interpretation of the Compensation Package.

DocuSign Envelope ID: 59AFFFFA-43DB-41F4-99C9-F5B32693B37E

CloudBees.

## 12. Acceptance

The Participant is responsible for reviewing and accepting the Compensation Package within five (5) business days from the date it was sent; the form of acceptance must comply with the requirements described in the Participant's Compensation Package. If Participant does not accept his/her Compensation Package or updated Compensation Package within five business days from the date it was sent, the Participant will be ineligible for Incentive Compensation. The Participant shall only be eligible to earn Base Pay (i.e., no Incentive Compensation) during the time that the Participant has not accepted his/her Compensation Package.

SIGNATURE BLOCK

| | | |
|---|---|---|
| DocuSigned by: Nicholas Schafer F02B47C88E094F2... | DocuSigned by: [signature] E59C843BA11C441... | DocuSigned by: Sam Shafer 6DB9010441AD41A... |
| Nicholas Schafer | Anthony Dumont | Sam Shafer |
| Account Executive | VP, Sales | VP, Accounting |
| 11/14/2023 | 11/13/2023 | 11/14/2023 |

DocuSign Envelope ID: 59AFFFFA-43DB-41F4-99C9-F5B32693B37E

CloudBees.

## Appendix 1 - To the CloudBees Sales Incentive Compensation Policy

### Booking Requirements Checklist

To qualify as a Booking, an order must comply with all applicable legal requirements, CloudBees policies and the requirements listed below. "Side agreements" are not permitted under any circumstances and shall not qualify as a booking. In addition, the customer must have placed a binding, non-cancelable purchase order for Company products and/or services, pursuant to a written agreement that is duly authorized by the Company and also comply with each of the following, as applicable:

Direct Orders

1. Signed Quote with CloudBees and Customer
2. If a customer insists on nonstandard terms, a signed agreement by the customer and CloudBees Finance, as per Authority Matrix is required. Legal must negotiate and approve any nonstandard terms.
3. Accompanied by a valid Purchase Order ("PO"), if the Customer requires a PO
    a. The customer name on PO matches the name on the quote.
    b. The dollar amount on PO matches the amount on the quote (tax differences may be permitted as determined by the Company). The requested delivery date is on or before the order submission date. If there is a future date on a PO, an email confirmation from the customer is required to invoice before the date.
    c. Product descriptions mirror the products listed on the quote, or quote number referenced. Billing and shipping addresses must be included.
    d. If PO has a signature box, then it must be signed by an authorized customer representative.

*Non-standard business terms included on a PO must be reviewed and approved by Finance and Legal, as per Authority Matrix.

Indirect Orders

Indirect orders are orders sold via an authorized partner.

1. A fully executed (signed) Partner Software Agreement (PSA) or Single Transaction Agreement (STA) must exist in SFDC.
   The customer's complete, correct name must appear on the order and the opportunity must be assigned to the Participant in SFDC.
2. All end-user information must be included on either a signed quote or a signed exhibit sell order as set forth in the PSA.

Order Documents

1. Approved by CloudBees Finance.
2. Signed by both the customer and CloudBees' authorized Finance signatory, as per Authority Matrix.

DocuSign Envelope ID: 59AFFFFA-43DB-41F4-99C9-F5B32693B37E

CloudBees.

Professional Services (PS)

All PS Bookings require a signed and countersigned Statement of Work (SOW). It is important to coordinate with the PS team to ensure they can source the work.

1. Includes a valid SOW
2. Signed by the customer, Director of Professional Services, and CloudBees authorized Finance signatory, as per Authority Matrix.

Customer Payment & Order cancellations

Commissions are only earned upon receipt of customer payment, amounts paid prior to receipt of customer payment are advances. CloudBees reserves the right to recover commissions already advanced, in the unlikely events of order cancellation or non-payment by customers.

## Appendix 2 - To the CloudBees Sales Incentive Compensation Policy

### Foreign Exchange Currency Plan Rates for FY24

All Participants will have their plan details (i.e., quotas) reported in their respective local currencies. For foreign exchange conversion purposes, the Company will be taking forecasted FY24 rates from Silicon Valley Bank - the Company's main operating bank account.

Below are the fixed plan rates:

| FY24 Planning FX Rates | | |
|---|---|---|
| | | FY24 Average |
| AUD | USD | 0.71 |
| CAD | USD | 0.76 |
| CHF | USD | 1.08 |
| CNY | USD | 0.15 |
| EUR | USD | 1.08 |
| GBP | USD | 1.22 |
| HUF | USD | 0.00 |
| ILS | USD | 0.30 |
| INR | USD | 0.01 |
| JPY | USD | 0.01 |
| SGD | USD | 0.75 |
| NZD | USD | 0.63 |
| RUB | USD | 0.01 |
| SEK | USD | 0.10 |
| PLN | USD | 0.23 |
| USD | USD | 1.00 |

DocuSign Envelope ID: 59AFFFFA-43DB-41F4-99C9-F5B32693B37E

CloudBees.

Each deal and its ARR and invoice amount closed will use these plan rates to convert to the local currency of the Participant's plan. This is to ensure the renewal baseline is not affected by fluctuations in currency rates.

## COMPLETE AGREEMENT AND ACCEPTANCE

By my signature below, I acknowledge and agree that this CloudBees Sales Incentive Compensation Policy, together with my CloudBees Sales Incentive Compensation Plan, is my Compensation Package and forms the complete and exclusive statement relating to my Incentive Compensation. The Compensation Package supersedes and replaces all prior agreements, representations or understandings, whether written, oral or implied, between the Company and me regarding Incentive Compensation. I acknowledge and agree that I have read, understand, and shall comply with all of the terms and conditions of my Sales Incentive Compensation Package. I also acknowledge and attest that I agree to the terms in this Policy, and authorize deductions from all of my wages, including from final pay, for Incentive Liability as set forth in this CloudBees Sales Incentive Compensation Policy, to the maximum extent permitted by applicable law.

SIGNATURE BLOCK

| | | |
|---|---|---|
| DocuSigned by: Nicholas Schafer F02B47C86E694F2... | DocuSigned by: [signature] E59C843BA11C441... | DocuSigned by: Sam Shafer 6DB9010441AD41A... |
| Nicholas Schafer | Anthony Dumont | Sam Shafer |
| Account Executive | VP, Sales | VP, Accounting |
| 11/14/2023 | 11/13/2023 | 11/14/2023 |

CloudBees.

# CloudBees FY24 Individual Annual Compensation Agreement

Plan Details

## 1. Introduction

This Individual Annual Compensation Agreement ("Plan") is intended to offer significant and exciting earning opportunities to those whose sales results meet or exceed expectations. Our key focus areas this year are:

- Continue to grow the usage of our products in the marketplace through the addition of new accounts and the upsell of existing accounts
- Secure longer term-length wherever possible
- Ensure existing customers are satisfied and renewal rates are high
- Support our important and growing partner program
- Sell appropriate professional services to ensure good customer uptake and satisfaction with our offering.

## 2. Plan Effective Dates

This Plan is effective starting February 1, 2023, and will automatically expire at the end of the FY24 Plan Year, January 31, 2024. This is known as the Plan Year.

## 3. Plan Elements and Definitions

a. Bookings

Bookings mean that each of the following requirements has been met for an order, and Annualized Recurring Revenue ("ARR") means that each of the following has been met for an order for subscriptions and renewals:

i. Bookings to end-user customers sold directly to the end-user or sold through an approved partner, as specified in each Plan

ii. Bookings are binding, non-cancelable purchase orders for Company products and/or services, pursuant to a written agreement that is duly authorized by the Company, and

iii. All requirements set forth on the Company's Bookings Requirements Checklist (provided in Appendix 1- to the CloudBees Incentive Compensation Policy) have been completed to the Company's satisfaction. The Company may modify the Bookings Requirements Checklist from time to time at the Company's sole discretion. If the Bookings requirements are met in different Plan Years, the Company will determine in its sole discretion which Plan Year terms will apply to the Booking. The amount of the Booking used to calculate Quota Credit and/or other Incentive Compensation is dependent upon the payment schedule outlined on the purchase order and/or license agreement, as applicable. If future payments

are agreed upon, the Booking(s) for the future payments will occur when the Company invoices each such future payment(s).

b. Bookings Type

Refers to the nature of the opportunity - New Business, Renewal Business, Upsell Business, including but not limited to subscriptions.

c. Quota

The specific, individual sales goals assigned to the Participant, during the Plan Year, in the authorized territory and as described in the Participant's signed Compensation Package. Quota includes a primary quota component, which is the principal sales goal(s) assigned to the Participant for a specific time period. Quota may also (but is not required to), include one or more additional quota components, which refers to different sales goal(s) assigned to the Participant for a specific time period, and in addition to primary quota. As described in the Plan, Quota may include some or all of the following components: subscriptions and renewals, each of which may be allocated to primary and/or secondary Quota. Participants' Quota is shown in the Participants' local currency. Please refer to Appendix 2 in the Policy for the fiscal year's plan rates.

d. Target Variable Amount

Target Commission a Participant is eligible to earn if the Participant attains full annual Quota in each applicable category as described in the Plan.

e. Quota Credit

Quota Credit is available for Bookings to end-user customers, sold directly to the end-user or sold through an approved partner. Quota credit against Combined Quota is available for the following types of Bookings:

i. Annual term subscriptions (typically 12 months in length) including
   a. New/Expansion

ii. Multi-year term subscriptions

Bookings for less than 12 months are *not* generally encouraged. If approved for exceptional commercial reasons, Bookings less than 12 months are paid and receive quota credit according to the Booking amount and not on the ARR amount.

For Bookings for more than 12 months, the quota credit is determined based on the Multiyear Deal policy outlined in this document .

Under no circumstances will the Company be obligated to give duplicate Quota Credit on the same Booking to Participants in similar roles. The total amount of Quota Credit

available for any Booking to all eligible participants in the same role collectively shall not exceed 100% of the Booking.

CloudBees reserves the right to adjust quota credit based on types of Bookings.

e. Combined Quota

Combined Quota is the total New/Expansion ARR quota and Renewals ARR quota as shown in the Plan details (see Appendix 1).

f. New/Expansion ARR

Salesforce ("SFDC") sales opportunities that are made up of net new or net new upsell subscriptions that are closed-won within the participant fiscal year.

g. Renewal ARR

Subscriptions value equal to the previous subscription Exit ARR.

Qualified renewals retire against quota and are paid at the Renewal rate as shown in the Participant Plan Details. Qualified renewals are renewals included in Renewal Baseline.

i. Pull-forward renewals or renewals not part of the Renewal Baseline may be paid at rates indicated in the Plan Details. Pull forward renewals or renewals not part of the Renewal Baseline do not retire quota or qualify for accelerators.
ii. Pull-forward renewals are renewals on subscriptions that are not included in the Renewal Baseline because the subscription end date falls after January 31, 2023.

If significant additional renewals are added during the fiscal year outside of the initial quota and baseline.

CloudBees reserves the right to determine a specific rate for transactions outside of and above quota.

h. Renewal Baseline

Renewal accounts are defined within Participant's Plan Details unless otherwise noted by Sales Operations ("Sales Ops").

i. Exit ARR

The terminal value (last year's value) of New/Expansion and Renewal ARR. Exit ARR is calculated as the total value of the last 12 months of the committed subscription contract value.

CloudBees.

j. Invoice Date and Amount

Refers to the total amount billed or invoiced to the end-user or customer.

k. Professional Services

Professional Services ("PS") are credited on the invoice date and amount at the Professional Services rate as shown in the Plan Details. No quota credit is given.

PS closed outside the current Plan fiscal year but invoiced in the current Plan fiscal year are only paid on if there was a PS component in the fiscal year when the PS closed. If there was no PS component in the fiscal year when the PS closed, PS invoiced in the current Plan fiscal year does not qualify for commission.

l. Partner Uplift

Bookings sold through an approved partner qualify for Partner Uplift. Partner bookings will be paid additionally at the rate as shown in the Plan details. No additional quota credit is given on Partner Uplift. Partner bookings can include subscriptions and professional services.

Approved partner requires an updated Partnership Agreement signed between Partner and CloudBees Inc or CloudBees International SA, depending on the location of booking.

l. Multi-year Deals

Multi-year subscriptions are subscriptions greater than 12 months. These subscriptions qualify for a Multi-year ("MY") kicker on New ARR as outlined below and paid additionally at the rate as shown on the Plan details, depending on if the deal is prepaid or non-prepaid. Multi-year credits and commission will include New ARR and Renewal ARR for only the first year. New ARR or Renewal ARR in additional years will not be eligible for credit or commission.

i. Example: 3-year non prepaid ramped deal

Year 1:
New ARR Commission: $300,000 x New ARR Rate rate on Plan
New ARR Quota Credit: $300,000 ARR
Renewal ARR Commission: $400,000 x Renewal Rate on Plan
MY Kicker: $300,000x MY Rate on Plan, depending on prepaid or non-prepaid

Year 2:

CloudBees.

MY Kicker: 250,000 x FY24 New ARR Rate
Year 3:
MY Kicker: 50,000 x FY24 New ARR Rate

| | Booking | New ARR | Renewal ARR | Total ARR |
|---|---|---|---|---|
| Year 1 | 700,000 | 300,000 | 400,000 | 700,000 |
| Year 2 | 950,000 | 250,000 | 700,000 | 950,000 |
| Year 3 | 1,000,000 | 50,000 | 950,000 | $1,000,000 |

m. Prepaid vs Non Prepaid

Prepaid Bookings are those with payment terms requiring the customer to pay the full booking contract amount at the start of the contract.

Non Pre-paid Bookings are generally paid over the contract life, typically paid annually.

n. Committed Term

The term of the contract is binding, non-cancelable, and documented by a committed PO and a signed quote for the entire purchase from the customer.

o. Accelerators

When the Combined Quota has reached 100% attainment, additional Bookings past the 100% attainment qualify for accelerators and will be paid at the rate shown on the Plan details.

CloudBees reserves the right to determine if specific Bookings qualify for accelerators.

p. Commissions

Commission means the product of Quota Credits x Applicable Commission Rate, as described in the Plan.

q. Territories & Regions

Sales territories are geographical areas or specific customer groups assigned to Sales teams. These territories are defined by Sales Ops at the beginning of the Plan Year and communicated to the sales team.

i. For Solution Architects, attainment is based upon the sales results of their assigned Sales ("Roll up Regions").

r. Co-term Agreements

When existing and new services are combined so that the service dates of the combined deal align with the service dates of the original contract. In a co-term agreement, the renewal date is the same as the original agreement.

Quota attainment will be provided on the New ARR and commission will be calculated based on the Booking amount using the New ARR rate.
Example: Eight months into an annual deal, an additional 850 users were added to Customer XYZ's license agreement. The commission paid on the 850 users will be paid at the new rate. The New ARR on the additional 850 users will be applied toward quota retirement.

## 4. Terms and Conditions

a. General

The Participant acknowledges and agrees that no incentive compensation shall be paid until all Plan Details, Terms and Conditions, and CloudBees Sales Incentive Compensation Policy have been met, and all calculations have been completed by CloudBees. Any modification or revocation of this Plan shall not be effective unless signed by an authorized CloudBees representative and the Participant.

b. Payment Timing

Commission earned will be paid 1 month in arrears pending Manager review and approval. If Participant has bi-weekly payroll, the commission will be paid in the 2nd payrun for that month. If Participant is paid monthly, the commission will be paid at the end of the month with normal salary, if applicable.

c. President's Club

To be eligible for consideration for President's Club, participants must attain a minimum of 105% of the Combined Quota, (with 100% of New ARR), as well as meet other employment and performance criteria established by CloudBees Sales Incentive Compensation Policy. See CloudBees Sales Incentive Compensation Policy for details.

DocuSign Envelope ID: 59AFFFFA-43DB-41F4-99C9-F5B32693B37E

CloudBees.

d. Complete Agreement and Acceptance

Participant acknowledges and agrees that the CloudBees Sales Incentive Compensation Policy, together with this CloudBees FY24 Sales Incentive Compensation Plan, is the Participants Compensation Package and forms the complete and exclusive statement relating to Participant's incentive compensation.

The Compensation Package supersedes and replaces all prior agreements, representations, or understanding, whether written, oral or implied, between the Participant and CloudBees relating to Participants' incentive compensation.

The Participant acknowledges and agrees that the Participant has read, understands, and shall comply with all of the terms and conditions of Participant's Compensation Package. The Participant also acknowledges and attests that the Participant agrees to the terms in this Plan, and authorized deductions from all of Participant's wages, including from final pay, for Incentive Liability as set forth in the CloudBees Sales Incentive Compensation Policy, to the maximum extent permitted by applicable law.

SIGNATURE BLOCK

| | | |
|---|---|---|
| DocuSigned by: Nicholas Schafer F02B47C86E694F2... | DocuSigned by: [signature] E59C843BA11C441... | DocuSigned by: Sam Shafer 6DB9010441AD41A... |
| Nicholas Schafer | Anthony Dumont | Sam Shafer |
| Account Executive | VP, Sales | VP, Accounting |
| 11/14/2023 | 11/13/2023 | 11/14/2023 |

DocuSign Envelope ID: 59AFFFFA-43DB-41F4-99C9-F5B32693B37E

CloudBees.

# CloudBees FY24 Individual Annual Compensation Agreement

| NAME | | Nicholas Schafer | |
|---|---|---|---|
| Hire Date | 08/07/2023 | Annual Base Salary | 145,000 |
| HR Title | Account Executive | Annual Variable Amount | 52,587 |
| Department | SL: Field Sales | Annual OTE (Base & Variable) | 290,000 |
| Manager's Name | Graciela Arguelles | Primary Component New ARR | 236,413.00 |
| Country | United States | Currency | LC |
| Plan Effective Date | 8/7/2023 | | |
| Employee # | US-776 | | |

| QUOTA (in LC ) & RATES Central | | | |
|---|---|---|---|
| Total Combined Quota | 236,413.00 | | |
| New/Expansion ARR Quota | 236,413.00 | Partner Rate | 1.00% |
| New/Expansion ARR Rate | 22.24% | Renewals ARR Rate | 1.00% |
| Prepaid Multiyear Rate | 4.00% | | |
| Non Prepaid Multiyear Rate | 2.50% | | |
| Professional Services Rate | 3.00% | | |
| COMBINED QUOTA RATES | | | |
| Tier 1 New ARR (0%-100%) | 22.24% | | |
| Tier 2 New ARR (100.10%-150%) | 22.24% | | |
| Tier 3 New ARR (150.10%+) | 22.24% | | |

DocuSign Envelope ID: 59AFFFFA-43DB-41F4-99C9-F5B32693B37E

CloudBees.

| FY24 New/Expansion ARR – Quarter | |
|---|---|
| Q1 | 0.00 |
| Q2 | 0.00 |
| Q3 | 0.00 |
| Q4 | 236,413.00 |
| FY24 Total | 236,413.00 |