# EXHIBIT "C"

---

**Subject:** Re: Compensation Plan Example
**Date:** Tuesday, July 25, 2023 at 4:48:33 PM Central Daylight Time
**From:** Graciela Arguelles <garguelles@cloudbees.com>
**To:** Nick Schafer <nicholas.schafer.1@gmail.com>
**CC:** Jo Tuttle <jtuttle@cloudbees.com>

Do you have time for a conference call today to answer your questions?
I will send you an invite

On Tue, Jul 25, 2023 at 3:41 PM Graciela Arguelles <garguelles@cloudbees.com> wrote:

Nick,

I am very excited about the good news. I look forward to working with you, starting in a few weeks.

As you requested, I'm sending you an example of a compensation plan with a full-year New ARR quota of $1MM.

New/Expansion ARR Quota: $1,000,000
New/Expansion ARR rate **14.5%**
Partner rate 1%
Renewals ARR rate 1%

Prepaid Multiyear rate 4%
Non-prepaid multiyear rate 2.5%

Professional Services 3%

New ARR > 100% goes to Tier 2 New ARR rate, +14.5%

Feel free to let me know if you have any questions. I am happy to have a call today and explain further in detail.

Regards,

Graciela

--
**Graciela Arguelles**
Sr. Director of Sales, Central
CloudBees, Inc.

P: +1.210.865.3912 | My time zone: CST
E: garguelles@cloudbees.com

--
**Graciela Arguelles**
Sr. Director of Sales, Central and LATAM
CloudBees, Inc.

P: +1.210.865.3912 | My time zone: CST
E: garguelles@cloudbees.com