# EXHIBIT "E"

**Subject:** Fwd: Compensation question
**Date:** Thursday, February 1, 2024 at 3:49:48 PM Central Standard Time
**From:** Nick Schafer <nschafer@cloudbees.com>
**To:** Graciela Arguelles <garguelles@cloudbees.com>
**Attachments:** image.png

Graciela,

Below is the message and questions I had for the Sales Compensation team, and the response from Cynthia.

**Nick Schafer**
Strategic Account Executive
CloudBees, Inc.
P: +1.614.753.7130 | My time zone: CST
E: nschafer@cloudbees.com
Pronouns: He/Him/His

---------- Forwarded message ---------
From: **Sales Comp** <salescomp@cloudbees.com>
Date: Thu, Feb 1, 2024 at 3:32 PM
Subject: Re: Compensation question
To: Nick Schafer <nschafer@cloudbees.com>

Hi Nick,

I saw your email and thought I would respond and explain how draws work at CloudBees and where you can see information about commissions.

We use CaptivateIQ as our ICM. you should have an okta tile for it. We just moved it to SSO okta at the end of the year. You should be able to not only see your reports, but you can also file commission inquiries if you have commission related issues or questions.

CaptivateIQ (CB)

For an AE draw, I am also new here and started in September, but I do not know who talked to you about the draw and suggested you extend it out over the 6 month period. In any case, for a NRD the way it operates is it is basically a guarantee. Should you not have any earnings or less

earnings than the amount of the draw payments total, we do not recover and you are not in a deficit. If you earn more than your draw payments total during your draw period we would take your earnings for all months, compare it to the NRD amounts paid and if you earned more, we would pay that out.

If I take all the earnings for your time here (including January) it does not exceed the draw payments, therefore there is no upside due.

I suggest you speak with Graciela, you manager and if she supports you, she can send an email to the SCRB (Sales Comp Review Board) at scrb@clodbees.com and the SCRB would take her email with her business justification for the exception and determine an outcome. The SCRB is an operational committee that is chaired by Sales Ops, Commission, Finance and HR for commission related issues and/or exceptions. Intent of the plan, the business justification and other details are taken into consideration before a decision is made and communicated back.

If you would like to escalate, that would be the proper path.

Regards and best of success for FY25!
Cynthia

On Thu, Feb 1, 2024 at 12:59 PM Nick Schafer <nschafer@cloudbees.com> wrote:

> Hello Sales Compensation team,
>
> I hope you can help me with a few questions I have:
>
> When I was hired in August 2023, I was given the option of receiving a draw for 3 months (at 100% commission rate), or a draw for 6 months (at 50% commission rate). It was suggested to me during the process that due to our long sales cycles, it would help to have a longer ramp and so I said yes to the 6 month draw.
>
> As it turns out, another AE and I were able to bring in a deal by January 31st. However, because I opted for the longer draw period, it seems I will not be paid on this deal. It seems wrong to me that if I had opted for a 3 month draw that I would be getting paid on this new deal. Or, if the deal had pushed to February I would also be paid for it because my draw period would have ended. Does CloudBees have an exception process for unexpected circumstances?
>
> Could someone help me understand what I would have been paid on this deal if I had originally signed up for the 3-month draw option?
>
> Thank you for your help on this!
>
> **Nick Schafer**
> Strategic Account Executive
> CloudBees, Inc.
> P: +1.614.753.7130 | My time zone: CST
> E: nschafer@cloudbees.com
> Pronouns: He/Him/His

--
You received this message because you are subscribed to the Google Groups "Sales Compensation" group.
To unsubscribe from this group and stop receiving emails from it, send an email to salescomp+unsubscribe@cloudbees.com.
To view this discussion on the web visit https://groups.google.com/a/cloudbees.com/d/msgid/salescomp/CAMBjVumv4cCmuE79mCq_u-_w9Y2cpmDsfGXaWxT1FzQaf3siYw%40mail.gmail.com.