# EXHIBIT "B"

**Subject:** Re: Follow-up
**Date:** Tuesday, July 25, 2023 at 4:22:23 PM Central Daylight Time
**From:** Jo Tuttle <jtuttle@cloudbees.com>
**To:** Nick Schafer <nicholas.schafer.1@gmail.com>

Hi Nick,

I will defer these questions to Graciela and get back to you as soon as possible. I will also ask about the sign on bonus and let you know!

Best,
Jo

**Johanna Tuttle**

Senior Talent Acquisition Partner

CloudBees, Inc.

My time zone: EST
E: jtuttle@cloudbees.com

On Tue, Jul 25, 2023 at 5:21 PM Nick Schafer <nicholas.schafer.1@gmail.com> wrote:

Jo,

Thank you for getting back to me so quickly, and I appreciate that I will receive equity options at the Senior level (8,000). Because I don't know what the pipeline looks like for 2023, and given the lengthy sales cycles at CloudBees, I prefer the 6-month draw option. I just have a few follow-up questions:

1. Will the draw amount for August 2023 be pro-rated due to my start date on August 7th?
2. Can you confirm that a 2023 quota will be assigned for my territory while I am on draw? What will that quota amount be?
3. If a quota is being assigned, will I earn commissions (in addition to the draw) on deals/renewals that close?
4. With a 2023 quota, will I immediately inherit deals already in the pipeline and work them myself, or will other sales reps be working them instead?

Regarding the OTE for my role, I understand that $290K is the maximum allowed by the budget. Rather than focus on OTE, I'd like to instead ask you to consider a signing bonus--perhaps $10K to bridge the difference in OTE between this role and my last role. Would that

be acceptable?

Warm regards,

Nick Schafer

On Tue, Jul 25, 2023 at 3:43 PM Jo Tuttle <jtuttle@cloudbees.com> wrote:

HI Nick,

I just spoke with the hiring team, and we are at max budget for the position at $145/$145K, $290K OTE. We can do either 3 months at 100% draw or 6 months at 50%, but we can't do the 75% for 6 months. With that said, I am able to give you the equity options at the Senior level, which would be 8,000 and not 6,000. Please let me know if this works for you and I will get your letter out to you. Graciela just sent the email regarding commissions to you.

I look forward to you joining the hive!

Best,
Jo

**Johanna Tuttle**

Senior Talent Acquisition Partner

CloudBees, Inc.

My time zone: EST
E: jtuttle@cloudbees.com

On Tue, Jul 25, 2023 at 4:03 PM <nicholas.schafer.1@gmail.com> wrote:

Hi Jo,

Graciela said I would be hearing from you soon about next steps concerning a written employment offer. She said you need the following:

Nicholas Schafer
5028 Calloway Drive
Addison, TX 75001
614-753-7130

I look forward to hearing from you!

-Nick

Sent from my iPhone