# EXHIBIT "D"

CloudBees.

July 25, 2023

Nicholas Schafer
5028 Calloway Drive
Addison, TX 75001

Dear Nicholas,

On behalf of CloudBees, Inc., I am pleased to offer you the position of Account Executive. This position reports to the Senior Director, Sales-Central and Latin America. Your primary work location will be 5028 Calloway Drive Addison, TX 75001.

Your start date will be August 7, 2023 (the "Effective Date"). Your compensation and benefits will consist of the following components:

Your On Target Earnings ("OTE") shall be $290,000, which includes salary and commission compensation eligibility as follows:

Your bi-weekly salary will be US $5,576 BI WEEKLY SALARY ($145,000 annually) payable in accordance with the Company's standard payroll practices and subject to customary deductions and withholdings, as required by law. As an exempt employee, you will not be eligible for overtime pay. This is a full-time position. Accordingly, you agree to devote your full business time, attention and best efforts to the performance of your duties and to the furtherance of the Company's interests during your employment.

You will also be eligible to earn commission compensation subject to the terms and conditions of the applicable Sales Incentive Compensation Policy, which is measured and paid subject to actual company performance against established financial goals for the year and individual performance. Commissions are subject to the terms and conditions of the applicable Sales Incentive Compensation Policy.

For the first six months of your employment following the Effective Date (the "Draw Period"), you will receive a Non-Recoverable Draw against your commissions in the amount of 50% per month.

The "Non-Recoverable Draw" is not subject to repayment. If the Non-Recoverable Draw payments exceed the total amount of commissions actually earned during the Draw Period, you will not be required to pay the difference to the Company. If the total amount of commissions actually earned during the Draw Period exceed the total amount of Non-Recoverable Draw previously paid, the Company will pay you the difference.

Subject to board approval, you will receive a stock option to purchase 8,000 shares of Common Stock of the Company, with 25% of such options vesting on the one-year anniversary of the Effective Date and the remainder vesting in 36 equal monthly installments thereafter (subject to your continued employment by the Company through each applicable vesting date). The stock option will be issued pursuant to the Company's Amended and Restated 2010 Equity Incentive Plan (the "Plan"), will have an exercise price per share set at the fair market value as determined by the Board of Directors at the time of grant, and will be subject to all of the terms and conditions set forth in the Plan and in the stock option agreement covering such stock option to be executed by you and the Company. These documents will be forthcoming.

You will also be eligible to participate in such benefits as the Company may from time to time offer to similarly situated employees, subject to applicable vesting periods, eligibility requirements, and the terms of conditions of applicable plans. Please be advised that any changes to company benefits will be communicated through company channels. Currently, Company benefits include medical, dental, and vision plans.

As a full-time employee, you are also eligible for CloudBees Bee Flexible PTO plan upon the date of hire. Under this policy, you will decide with your manager how to best manage your PTO such that you receive the flexibility that best suits your work/life balance while achieving or exceeding your work objectives.

Reasonable, necessary, and customary expenses will be reimbursed to you in accordance with the Company's current Expense policy.

This is an offer of at-will employment with the Company, which means that you and the Company reserve the right to terminate the employment relationship at any time, with or without "cause", and with or without notice. As an at-will employee, the Company may also modify the terms and conditions of your employment. We request that as a courtesy you give the Company at least two weeks written advance notice if you desire to terminate your employment with the Company.

This is offer is contingent upon:

(a) Verification of your right to work in the United States, as demonstrated by your completion of the Form I-9 upon hire and your submission of acceptable documentation (as noted on the Form I-9) verifying your identity and work authorization within three days of starting employment.

(b) Execution of the Company's Confidential Disclosure, Non-Solicitation and Developments Agreement. In this agreement, you will, among other things, confirm our understanding that *your employment by the Company and the performance of your duties for the Company as* contemplated will not cause you to breach any fiduciary or other duty, covenant, or understanding to which you are a party or by the terms of which you are bound. In addition, prior to the Effective Date you agree to provide the Company with a copy of any agreements you have entered with prior employers, entered into in your capacity as an employee, consultant

or agent and to which you are a party and remain bound, that include post-employment restrictive covenants.

(c) Satisfactory completion of a background investigation, if required for your role, for which the required notice and consent forms will be provided to you.

The offer may be withdrawn if any of the above conditions are not satisfied.

The foregoing terms supersede any prior discussions, oral or written, which we have had relating to your employment, and the other matters discussed in this letter. Additionally, it is understood that from time to time, the Company reviews its benefits, policies, and practices and may alter or change them at its discretion.

If the foregoing terms are acceptable to you, we look forward to receiving your signed acceptance by 7/26/23.

Sincerely,
CloudBees, Inc.

I have read and understood the provisions of this offer of employment, and I accept the above conditional job offer. I represent and warrant that my acceptance is not based on any terms or conditions that are not expressly stated or referred to herein. I further understand that while my rate of pay, benefits, job title, and job responsibilities may change from time to time without a written modification to this agreement, such changes will not affect the validity of this agreement with CloudBees, Inc.

ACCEPTED: Graciela Arguelles
Graciela Arguelles (Jul 26, 2023 08:53 CDT)

Graciela Arguelles, Sr. Director, Sales

Jul 26, 2023

Date

Kyndal Dattani
Kyndal Dattani (Jul 26, 2023 08:00 MDT)

Kyndal Dattani, Sr Manager, Internal Communications & Employee Experience

Jul 26, 2023

Date

Nicholas Schafer
Nicholas Schafer (Jul 26, 2023 09:28 CDT)

*Candidate Signature*

Jul 26, 2023

Date