**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NICHOLAS SCHAFER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 3:25-cv-03566-X** |
| | § | |
| **CLOUDBEES, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**<u>DEFENDANT CLOUDBEES, INC.'S CERTIFICATE OF INTERESTED PERSONS</u>**

Pursuant to Local Rules 3.1(c), 3.2(e), and 7.4, the undersigned counsel for Defendant CloudBees, Inc. certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

1. Nicholas Schafer, Plaintiff.
2. Bruce C. Kaye and Bruce C. Kaye, PLLC, counsel for Plaintiff.
3. CloudBees, Inc., Defendant. CloudBees, Inc. is a Delaware corporation with its principal place of business at Faubourg de l'Hôpital 18, CH-2000 Neuchâtel, Switzerland. CloudBees, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.
4. The investors of CloudBees, Inc.
5. Douglas B. Welmaker and Welmaker Law, PLLC, counsel for Defendant.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

On October 22, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of the filing to all counsel of record, including Bruce C. Kaye, counsel for Plaintiff.

*<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker