**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**NICHOLAS SCHAFER,**

**Plaintiff,** **CIVIL ACTION NO. 3:25-CV-3566-X**

**v.**

**CLOUDBEES, INC.**

**Defendant.**
______________________________/

**PLAINTIFF'S MOTION TO ADOPT DEFENDANT'S CERTIFICATE OF INTERSTED PERSONS**

Plaintiff, Nicholas Schafer ("Schafer"), submits this MOTION TO ADOPT DEFENDANT'S CERTIFICATE OF INTERSTED PERSONS, and respectfully states that he adopts Defendant's motion in both form and substance.

/s/ Bruce C. Kaye
Bruce C. Kaye
State Bar No. 00784374
Heritage One
4835 LBJ Expressway, Suite 470
Dallas, Texas 75201
Phone: (214) 722-7438
Email: bruce@brucekaye.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, the foregoing Plaintiff's Motion to Adopt Defendant's Certification of Interested Partes was filed electronically through the Court's CM/ECF system, which will serve notice of such filing on all counsel of record.

/s/ Bruce C. Kaye
Bruce C. Kaye